| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zainey, Jay C | USDC, Eastern District of La. | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras Street C-455 New Orleans, La 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | New Orleans Chapter Board Member | Federal Bar Association |
| 2. | Board Member | Red Cross |
| 3. | Active Participant | God's Special Children |
| 4. | Active Participant | Homeless Experience Legal Protection (HELP) Program |
| 5. | Board Member | Judge John Boutall Inn of Court |
| 6. | President | St. Andrew's Village |
| 7. | Board Member | Pro Bono Project |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

2008 MAY 19 P 12: 51
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | United States Judges | $ 156,705 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham University | 01/16-01/18 | New York, NY | Seminar Lecture | Travel |
| 2. | Regent Law School | 02/09-02/10 | Virginia Beach, VA | Seminar Lecture | Travel |
| 3. | Indiana University | 02/11-02/12 | Bloomington, IN | Seminar Lecture | Travel |
| 4. | American Bar Association | 03/21-03/24 | Denver, CO | Seminar Lecture | Travel |
| 5. | New Orleans Bar Association Bench Bar Conference | 03/30-04/01 | Point Clear, AL | Seminar Lecture | Travel |
| 6. | Louisiana State Bar Association | 06/06-06/08 | San Destin, FL | Seminar Lecture | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2008 |

| 7. | Savannah Bar Association | 11/08-11/09 | Savannah, GA | Seminar Lecture | Travel |
|---|---|---|---|---|---|
| 8. | NW LA Pro Bono Project | 11/14-11/15 | Shreveport, LA | Seminar Lecture | Travel |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Chateau Estates Golf & Country Club | Free Membership Dues | $ 2100 |
| 2. | Gary Solomon | Saints football tickets | $ 2400 |
| 3. | World Trade Center Plimsoll Club | Membership Dues | $ 300 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Metairie, La | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Metairie, La | E | Rent | | | Sell | 06/27 | N | G | Keiffer Realty, LLC |
| 3. Rental Property #3, New Orleans, La | D | Rent | M | W | Buy | 05/01 | M | | |
| 4. Rental Property #4, New Orleans, La | E | Rent | M | W | Buy | 01/01 | M | | |
| 5. JP Morgan Accounts (8) | D | Interest | M | T | | | | | |
| 6. Capital One Accounts (3) | D | Interest | M | T | | | | | |
| 7. Hibernia Investments LLC | A | Dividend | J | T | | | | | |
| 8. Sun Life Finanacial - Life Insurance Policy #1 | A | Interest | L | T | | | | | |
| 9. Sun Life Financial - Life Insurance Policy #2 | A | Interest | J | T | | | | | |
| 10. Sun Life Financial - Life Insurance Policy #3 | A | Dividend | J | T | | | | | |
| 11. MFS/Sun Life Financial - IRA | D | Interest | N | T | | | | | |
| 12. Sun Life Assurance Company - Life Insurance Policy #1 | C | Interest | L | T | | | | | |
| 13. Jackson National Life Ins. - Retirement Annuity #1 | B | Interest | L | T | | | | | |
| 14. Jackson National Life Ins. - Retirement Annuity #2 | A | Interest | K | T | | | | | |
| 15. Jackson National Life Ins. - Retirement Annuity #3 | A | Interest | K | T | | | | | |
| 16. Jackson National Life Ins. - Retirement Annuity #4 | A | Interest | K | T | | | | | |
| 17. Jackson National Life Ins. - Retirement Annuity #5 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Jackson National Life Ins. - Retirement Annuity #6 | A | Interest | K | T | | | | | |
| 19. Jackson National Life Ins. - Retirement Annuity #7 | B | Interest | K | T | | | | | |
| 20. Jackson National Life Ins. - Retirement Annuity #8 | E | Interest | K | T | | | | | |
| 21. Jackson National Life Ins. - Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 22. IRA #1 - State Street Bank and Trust - JP Morgan | A | Interest | K | T | | | | | |
| 23. IRA #2- State Street Bank and Trust - JP Morgan | A | Interest | J | T | | | | | |
| 24. Sun Life Financial - Common Stock | | None | K | T | | | | | |
| 25. Reliance Group Holdings, Inc. - Common Stock | | None | J | T | | | | | |
| 26. United States Antigen Corporation | | None | J | W | | | | | |
| 27. Khoder International Brokerage | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 3 - Rental Property #2, Metairie, LA

Purchase date = October 15, 1998
Purchase Price = $263,704

Sale date = June 27, 2007
Sale Price = $500,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR █████████████████Y BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544